# United States Bankruptcy Court
### Eastern District of New York

In re: **Stanley Abraham**, **Amy Abraham**
Debtor(s)

Case No. **8-13-74398**
Chapter **7**

## PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, **Stanley Abraham**, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☒ I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because __

☐ I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Date **August 26, 2013**

Signature **/s/ Stanley Abraham**
**Stanley Abraham**
Debtor

| Company Code | Number | Page |
|---|---|---|
| RF / X9J 20632755 | 453106 | 1 of 1 |

Monarch Realty Holdings LLC
45 North Station Plaza Ste 400
Great Neck, NY 11021

## Earnings Statement 

Period Starting: 06/28/2013
Period Ending: 07/11/2013
Pay Date: 07/11/2013

Business Phone: 516-472-2436

Taxable Marital Status: Married
Exemptions/Allowances:       Tax Override:
  Federal:  4                 Federal:
  State:    4                 State:
  Local:    0                 Local:
Social Security Number: XXX-XX-XXXX

Amy Abraham
5 Rhodes Drive
New Hyde Park, NY 11040

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 3000.00 | 42000.00 |
| Gross Pay | | | $3,000.00 | $42,000.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -260.48 | 3646.72 |
| Social Security | -178.85 | 2503.85 |
| Medicare | -41.83 | 585.58 |
| New York State Income | -144.64 | 2024.96 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -1.20 | 16.80 |
| *HSA CAF 125 pre-tax $ | -115.38 | 1615.32 |

| Net Pay Adjustments | this period | year to date |
|---|---|---|
| *NYC Res Reimbursement | 0.00 | 178.54 |

| Net Pay | $2,257.62 | |
|---|---|---|

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX2180 | XXXXXXXXX | 2257.62 |

Your federal taxable wages this period are $2,884.62
* Excluded from Federal taxable wages

| Company Code | Number | Page |
|---|---|---|
| RF / X9J 20632755 | 408610 | 1 of 1 |

Monarch Realty Holdings LLC
45 North Station Plaza Ste 400
Great Neck, NY 11021

# Earnings Statement



Period Starting: 06/14/2013
Period Ending: 06/27/2013
Pay Date: 06/27/2013

Business Phone: 516-472-2436

Taxable Marital Status: Married
Exemptions/Allowances:     Tax Override:
  Federal:  4                Federal:
  State:    4                State:
  Local:    0                Local:
Social Security Number: XXX-XX-XXXX

Amy Abraham
5 Rhodes Drive
New Hyde Park, NY 11040

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 3000.00 | 39000.00 |
| Gross Pay | | | $3,000.00 | $39,000.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -260.48 | 3386.24 |
| Social Security | -178.84 | 2325.00 |
| Medicare | -41.83 | 543.75 |
| New York State Income | -144.64 | 1880.32 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -1.20 | 15.60 |
| *HSA CAF 125 pre-tax $ | -115.38 | 1499.94 |

| Net Pay Adjustments | this period | year to date |
|---|---|---|
| *NYC Res Reimbursement | 0.00 | 178.54 |

| Net Pay | $2,257.63 |
|---|---|

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX2180 | XXXXXXXXX | 2257.63 |

Your federal taxable wages this period are $2,884.62
* Excluded from Federal taxable wages

| Company Code | Number | Page |
|---|---|---|
| RF / X9J 20632755 | 366470 | 1 of 1 |

Monarch Realty Holdings LLC
45 North Station Plaza Ste 400
Great Neck, NY 11021

## Earnings Statement

**ADP**

Period Starting: 05/31/2013
Period Ending: 06/13/2013
Pay Date: 06/13/2013

Business Phone: 516-472-2436

Taxable Marital Status: Married
Exemptions/Allowances:    Tax Override:
  Federal:  4            Federal:
  State:    4            State:
  Local:    0            Local:
Social Security Number: XXX-XX-XXXX

Amy Abraham
5 Rhodes Drive
New Hyde Park, NY 11040

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 3000.00 | 36000.00 |
| Gross Pay | | | $3,000.00 | $36,000.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -260.48 | 3125.76 |
| Social Security | -178.85 | 2146.16 |
| Medicare | -41.82 | 501.92 |
| New York State Income | -144.64 | 1735.68 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -1.20 | 14.40 |
| *HSA CAF 125 pre-tax $ | -115.38 | 1384.56 |

| Net Pay Adjustments | this period | year to date |
|---|---|---|
| *NYC Res Reimbursement | 0.00 | 178.54 |

| Net Pay | $2,257.63 |
|---|---|

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX2180 | XXXXXXXXX | 2257.63 |

Your federal taxable wages this period are $2,884.62
* Excluded from Federal taxable wages

©1998, 2006. ADP, Inc. All Rights Reserved.

TEAR HERE

| Company Code | Number | Page |
|---|---|---|
| RF / X9J 20632755 | 495162 | 1 of 1 |

Monarch Realty Holdings LLC
45 North Station Plaza Ste 400
Great Neck, NY 11021

# Earnings Statement

**ADP**

Period Starting: 07/12/2013
Period Ending: 07/25/2013
Pay Date: 07/25/2013

Business Phone: 516-472-2436

Taxable Marital Status: Married
Exemptions/Allowances:       Tax Override:
  Federal:  4                  Federal:
  State:    4                  State:
  Local:    0                  Local:
Social Security Number: XXX-XX-XXXX

Amy Abraham
5 Rhodes Drive
New Hyde Park, NY 11040

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 3000.00 | 45000.00 |
| Gross Pay | | | $3,000.00 | $45,000.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -260.48 | 3907.20 |
| Social Security | -178.85 | 2682.70 |
| Medicare | -41.82 | 627.40 |
| New York State Income | -144.64 | 2169.60 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -1.20 | 18.00 |
| *HSA CAF 125 pre-tax $ | -115.38 | 1730.70 |

| Net Pay Adjustments | this period | year to date |
|---|---|---|
| *NYC Res Reimbursement | 0.00 | 178.54 |

| Net Pay | | $2,257.63 | |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX2180 | XXXXXXXXX | 2257.63 |

Your federal taxable wages this period are $2,884.62
* Excluded from Federal taxable wages