# United States Bankruptcy Court
### Eastern District of New York

In re: **Stanley Abraham**
**Amy Abraham**
Debtor(s)

Case No. **8-13-74398**
Chapter **7**

## PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, **Stanley Abraham**, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☒ I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because __

☐ I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Date **August 26, 2013**          Signature **/s/ Stanley Abraham**
                                            **Stanley Abraham**
                                            Debtor