UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                                              Case No. 13-74398-reg

**Stanley Abraham,**
                                                                    Chapter 7
                        Debtor.
-----------------------------------------------------------x
**Janet Stuart,**

                        Plaintiff,

            -against-                                               Adv. Proc. No.

**Stanley Abraham,**

                        Defendant.
-----------------------------------------------------------x

## COMPLAINT TO EXCEPT JANET STUART'S
## CLAIM FROM DISCHARGE

ON JULY 21, 2009 I LOANED MR. STANLEY ABRAHAM $50,000 VIA CASHIER'S CHECK. ON AUGUST 3, 2009 I LOANED MR. STANLEY ABRAHAM $25,000 VIA WIRE TRANSFER, FROM MY BANK TO HIS CITIBANK ACCOUNT. I LOANED MR. ABRAHAM A TOTAL OF $75,000, BECAUSE HE TOLD ME HE WANTED TO EXPAND HIS REAL ESTATE BUSINESS. MR. ABRAHAM SAID HE IS BOTH A MORTGAGE BROKER AND A REAL ESTATE BROKER. THE SUM OF $75,000 WAS TO BE REPAID TO ME BY SEPTEMBER 2009. I TRUSTED MR. ABRAHAM BECAUSE HE WAS THE REAL ESTATE BROKER AND I WAS A SALESPERSON AT THE REAL ESTATE OFFICE. WHEN HE DID NOT REPAY ME I DID NOT WORK DURING THE TWO YEARS I HAD A REAL ESTATE LICENCE. LATER, I FOUND OUT MY $75,000 WAS NOT SPENT ON REAL ESTATE, RATHER IT WAS USED TO FUND OTHER THINGS & A SUBWAY SANDWICH SHOP. I WOULD HAVE NEVER LENT HIM MONEY FOR A SUBWAY SANDWICH SHOP BUSINESS, BECAUSE FOOD BUSINESS IN MANHATTAN IS VERY COMPETITIVE. ANY THERE ARE LOTS OF FAILURES & TURNOVERS. AND IT IS MY PERSONAL OPINION THAT HEALTH FOOD IS NOT USUALLY SERVED THERE.

DURING THE COURSE OF TIME, ON SEVERAL OCASSIONS I ASKED MR. ABRAHAM TO REPAY ME THE LOAN. HE TOLD ME IF I NEEDED MONEY I SHOULD GO SELL HOUSES OR GET A JOB. HE TOLD ME HE DID NOT KNOW WHAT I WAS TALKING ABOUT, HE DID NOT OWE ME ANY MONEY. HOWEVER, I HAVE ATTACHED A COPY OF MY WIRE TRANSFER TO MR. ABRAHAM'S CITIBANK ACCOUNT, AND A COPY OF MY CASHIER'S CHECK WITH HIS SIGNATURE AND ACCOUNT NUMBER, FROM HIS BANK.

ON MR. ABRAHAM BANKRUPTCY FORM, SCHEDULE F, HE STATES I LOANED HIM $1,083,820.45. THAT IS FALSE; I LOANED HIM ONLY $75,000, AND NOT A PENNY MORE.

UNDER STATEMENT OF FINANCIAL AFFAIRS #4 SUITS AND ADMINISTRATIVE PROCEEDINGS EXCECUTIONS GARNISHMENTS AND ATTACHMENTS. MR. ABRAHAM CLAIMED I GOT A JUDGEMENT AGAINST HIM. I DO NOT HAVE A JUDGEMENT AGAINST MR. STANLEY ABRAHAM.

DATED: OCTOBER 11, 2013

RESPECTFULLY SUBMITTED

*Janet C. Stuart*

JANET C. STUART, PLAINTIFF

Capital One Bank
Capital One, N.A.

## OUTGOING WIRE TRANSFER NOTIFICATION

JANET C STUART
11552 223RD ST

CAMBRIA HEIGHTS , NY 11411-1208

Dear JANET C STUART:

In accordance with your instructions, your Bank account ending in
# **********1030 has been debited on 08/03/2009 for an Outgoing
Wire Transfer as detailed below. Please note any fees that may
have been assessed to the account and adjust your records accordingly.

Sender Information:

| | |
|---|---|
| By Order of: | JANET C STUART |
| Sender Bank: | CAPITAL ONE N.A. |
| Sender ABA: | 021407912 |
| Senders Reference # | 24269535 |
| Receiver Bank: | CITIBANK N.A. |
| Receiver Bank ABA: | 021000089 |
| Beneficiary Bank: | |
| Beneficiary Bank ABA: | |
| FRB Reference #: | 20090803B1Q8431C001412 |
| | |
| Beneficiary: | STANLEY ABRAHAM |
| Beneficiary Account: | **********7807 |
| Amount: | $25000.00 |

Additional Information (If Applicable):

If you have any questions regarding this transaction, please contact
your local Branch Office.

Member FDIC                                                                                       Equal Housing Lender

**Capital One Bank**

50-791
214

ISSUING REGION _____  BRANCH _____  COST CENTER _____

**CASHIER'S CHECK**    DATE _____

PAY TO THE
ORDER OF _____    $ _____

Read the reverse side for important information on the
reissuance of lost, destroyed, or stolen cashier's check.

RE: _____

**CUSTOMER COPY**
**Non-Negotiable**



```
THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER. IF COPIED THE WORD "VOID" WILL ALSO APPEAR.
```

**Capital One Bank**                    **CASHIER'S CHECK**    DATE  07/21/2009    **8000489224**

50-791/214

ISSUING REGION  NEW YORK    660007710  06  072209    CHARGE
BRANCH  Hempstead Ave    COST CENTER  46318

PAY TO THE ORDER OF  STANLEY ABRAHAM                              $ 50000.00

Drawer: Capital One, N.A.

Fifty Thousand & 00/100

Read the reverse side for important information on the re-issuance of lost, destroyed, or stolen cashier's check.

COUNTER SIGNATURE REQUIRED
AUTHORIZED SIGNATURE

RE:  JANET C STUART

THE BACK OF THIS DOCUMENT CONTAINS CAPITAL ONE BANK WATERMARK - HOLD AT AN ANGLE TO VIEW

⑆8000489224⑆ ⑈021407912⑈ 76 20⑉0001 6⑈      ⑈000 5000000⑈

AccountNum: 762000016
CheckAmt: 50,000.00
SerialNum: 8000489224
ProcDate: 2009/07/23
MflmSeqNum: 8500414055

---

AccountNum: 762000016
CheckAmt: 50,000.00
SerialNum: 8000489224
ProcDate: 2009/07/23
MflmSeqNum: 8500414055