United States Bankruptcy Court
Eastern District of New York

In re
**Stanley Abraham**
**Amy Abraham**
        Debtor(s)

Case No. 13-74398-reg
Chapter 7

## Statement of Financial Affairs Continuation Sheet(s)

4(a).

CAPTION OF SUIT
AND CASE NUMBER
NATURE OF
PROCEEDING
COURT OR AGENCY
AND LOCATION
STATUS OR
DISPOSITION

All Points Capital Corp. Contracting Business udner trade name Capital One Equipment lease and Finance vs. Amstan LLC, Stanley Abraham, Amy Abraham a/k/a Amy M. Abraham a/k/a Amy M. John, Oommen Abraham, and Ponnamma Abraham
651311/12
Collection SUPREME COURT of the State of NEW YORK: County of New York
Judgment

Janet Stuart vs, Thomas John, Stanley Abraham, Annamma Alexander
20720/10
Collection SUPREME COURT of the State of NEW YORK: County of Queens
Judgment

Molsy Mathai vs. Stanley Abraham
1890/12
Collection SUPREME COURT: County of Rockland
Judgment

Doctor's Associates Inc. vs. Stanley Abraham
651763/12
Collection SUPREME COURT of the State of NEW YORK: County of New York
Judgment

Equilease Financial Services vs. Thomas John and Amy John
5174/2010
Contract SUPREME COURT of the State of NEW YORK: County of Nassau
Pending

West 58th Street Realty, LLC vs. Subway Rel

Estate Corp., XYZ Corp.
57805/2012
Lease Civil Court of the City of New York
County of New York
Open

Subway Real Estate Corp. vs. Stanley Abrams,
XYZ Corp.
60952/2012
Breech of Lease
on Subway
Restuarant
Civil Court of the City of New York New
York County
Open

Suntrust Bank vs. Stanley Abraham
13-1621-CAN
Foreclosure Fifth Judicial Circuit of Florida in and
for Marion County
Open

21(a).

NAME AND ADDRESS NATURE OF INTEREST PERCENTAGE OF INTEREST

Amstan, LLC
5 Rhodes Drive
New Hyde Park, NY 11040
Subway Restaurant 100%

Amstan Real Estate
5 Rhodes Drive
New Hyde Park, NY 11040
Brokerage 100%

Asian Food & Produce
5 Rhodes Drive
New Hyde Park, NY 11040
Wholefood Distributors 100%